FILED - USDC ALSD
DEC 10 '25 PM 3:43

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA

KENT E. HOVIND,                          )
DINOSAUR ADVENTURE LAND,                 )
CHRISTOPHER L. JONES                     )
PAUL JOHN HANSEN,                        )
                                         )
         Plaintiffs,                     )          25-cv-509-TFM-MU
                                         )
v.                                       )
                                         )
MARK STONEY,                             )
                                         )
         Defendant.                      )

## INTRODUCTION

Plaintiffs Kent E. Hovind, Christopher Jones and Paul John Hansen were defamed, with actual malice, by Defendant Mark Stoney by deliberate acts of false, malicious, and serious allegations of acts of moral turpitude and criminal behavior. The Plaintiffs have not engaged in any such conduct and the statements made by the Defendant have been found provably false. The Defendants bring this suit against Defendant Stoney for defamation, defamation by implication and intentional infliction of emotional distress.

## JURISDICTION AND VENUE

1.      Because the parties are completely diverse in citizenship and the amount in controversary exceeds $75,000, this Court has diversity jurisdiction. 28 U.S.C 1332.

2.      Venue is proper pursuant to 28 U.S.C 1391 (b)(2). A substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

## PARTIES

3.      Plaintiff Kent Hovind is over the age of nineteen (19) years and is a citizen of the State of Alabama.

4.      Plaintiff Dinosaur Adventure Land (DAL) is a non-profit organization (501(c)(3)) located in the State of Alabama.

5.      Plaintiff Christopher Jones is over the age of nineteen (19) years and is a current resident of the State of South Carolina. Plaintiff Jones was a resident of the State of Alabama at the time of the some of the instances described herein.

6.      Plaintiff Paul John Hansen is over the age of nineteen (19) years and is a resident of the State of Texas.

## FACTS

7.      Over the course of several years, Defendant STONEY acted with actual malice to cause reputable harm to the Plaintiffs.  Defendant Stoney lodged false allegations against the Plaintiff such as accusing *Dinosaur Adventure Land* (DAL) of being a nexus for pedophiles, a child sex-trafficking ring, and a "cult." He established himself as a crusader railing against his own falsely manufactured conspiracy while putting the lives of the Plaintiffs, and everyone living at DAL at risk with wild conspiracy theories including kidnapping, drugging, raping, murdering, and burying bodies on the property. Defendant Stoney weaponized local, state, and federal agencies against Plaintiff Jones in the pursuit of his personal vendetta against Plaintiff Hovind and DAL.

8.      The pattern and practice of Defamation, Defamation by Implication and Intentional Infliction of Emotional Distress spans the course of several years, as detailed below:

### 2021

9.      HOVIND and JONES have been friends for over 20-years. JONES is a sex-offender who lives in South Carolina and occasionally visits HOVIND at *Dinosaur Adventure Land* (DAL). STONEY has volunteered and lived at DAL since June 2018. After JONES visited in 2019, STONEY vowed to leave if JONES were permitted to return. In January 2021, JONES returned and so STONEY left DAL and moved to Walla Walla, Washington.

STONEY felt disrespected by HOVIND. STONEY sought retribution and planned to turn JONES' sex-offender status into a liability and then use it against HOVIND and JONES. STONEY's primary objective was to destroy HOVIND's ministry.

10.     Day #1 – June 26, 2021 – STONEY began his slander-campaign by appearing on the YouTube Channel of *Atheist Junior,* an avowed atheist who had long been hostile toward HOVIND and Christianity as a whole.

Early in the interview, STONEY invoked a metaphor that vividly expressed his intention to destroy HOVIND's ministry:

*"But I think you and I know if you're going to chop down a tree, it takes a lot of work. And takes some time. It's not easy. Um, you have to have some very well aimed precision*

*firepower to be able to take a tree down in one blow. Uh, Kent's one of those trees that you're just gonna have to chop away at until, until you get results..."*

11.     Within this interview, STONEY slandered HOVIND by calling him a fraud, a non-Christian, and a wolf in sheep's clothing. STONEY also slandered HOVIND's ministry by claiming he pushes non-Biblical Christianity:

*"You know, that's bad enough in and of itself, and I hope my, my Christian brothers and sisters that hear this can, can really grasp on to what I'm trying to say here. <u>The man is a fraud. He's not Christian; he's a wolf.</u> But even for the unbelievers that are gunna be hearing this, he's much much worse. He's, he's, he protects pedophiles. He does shady business with shady people. He uses thugs to intimidate people. <u>And he uses this, this religion, his religion, this is not biblical Christianity that he's pushing</u>. He uses his religion to, to browbeat people into submission, and there's no way, unless your complicit, unless you're enabling this, there's no way that a rational logical human being can, can look at his situation with all the facts, with all the testimony, with all the information that's coming out, and be able to say that Kent Hovind's a good man. Nobody. Nobody can say that with a straight face and a clean conscience."*

STONEY further slandered DAL by labeling it a cult:

*"It's clear writing on the wall. There's no denying that Dinosaur Adventure Land is a cult. I denied it long enough. It's a cult. I was in a cult. I escaped a cult. Hi, my name is Mark STONEY, I escaped a cult."*

STONEY also discussed HOVIND deserving to be in prison:

Atheist Jr: *"...yeah, maybe it will be another 9 years [of prison] for Kent."*

STONEY: *"At least. I don't think he should ever see the light of day again."*

12.     STONEY continued to slander DAL by falsely claiming ministry volunteers are harmful and multiple deaths had occurred as a result. In actuality, there was a single child who drowned in the lake while being supervised by his own father. STONEY stating that multiple deaths occurred due to neglect by HOVIND and DAL volunteers is a highly defamatory statement intended to deter future visitors from the park:

*"It's a deep, dark rabbit hole that somebody's gotta go down and expose because these people, they're harmful. Uh, not just physically; yes, <u>there has been deaths around this from the neglect..</u>"*

13.    STONEY concluded the interview with three more highly slanderous accusations: 1) JONES had raped a boy at DAL, 2) there is a very real possibility the rape happened with HOVIND's and HANSEN's knowledge, and 3) HOVIND and HANSEN are covering-up this factual rape:

*"There's a very real possibility that a boy was raped with their knowledge, and an intentional cover-up of the fact."*

14.    Day #3 – June 28, 2021 – STONEY published a YouTube video entitled, *"The Cult of Kent Hovind."* The video did not define "cult" nor discuss why STONEY believed HOVIND was a cult leader. The video bore this title solely for its defamatory effect.

The video consists of text messages between STONEY and his best-friend HANSEN regarding JONES sleeping in a queen-sized bed with a boy named XYAIIRE in a house down the road from DAL. The texts were legitimate, but at the end STONEY added a libelous fabrication: *"Shortly after this text, Paul Hansen informs me that he actually found both the boy and Chris in their underwear with Chris attempting to hide his erect penis."*

Prior to publishing this video, STONEY attempted to recruit HANSEN to join him in scheming to fabricate molestation charges against JONES and HOVIND, but HANSEN refused to partake in this criminal conspiracy with STONEY.

15.    Day #15 – July 10, 2021 – STONEY published a second video entitled, *"Double minded man (The Cult of Kent Hovind pt. 2)"* wherein STONEY accused HANSEN of lying and covering-up molestation in order to protect JONES and HOVIND.

Within this video, STONEY highlighted HANSEN's texts about JONES sleeping in the same bed with XYAIIRE and it being *"dumb many times over."* Subsequently, STONEY posted an email exchange between HANSEN and himself that occurred on June 25, 2021:

HANSEN: *"I was in my RV 20-feet from the house, I came into the house, the bedroom door was open, Chris and the boy were sleeping in the same queen-size bed, far apart as possible. The 13-year-old got scared in the other room and asked if he could sleep with Chris. Chris called his mom for permission, got permission..."*

STONEY: *"with Chris hiding his erect penis and acting like he didn't know it was wrong."*

HANSEN: *"Mark where did you get anything about an erect anything. Certainly not from me. Chris was fully clothed, as well as the boy, and not even a hint of anything being hidden."*

16.    STONEY doubled-down on his defamatory allegations by injecting his libelous claim of an erection into their emails, which he knew would be used in this video. HANSEN refuted the erection as well as any inference JONES slept in his underwear with XYAIIRE. In-so-doing, HANSEN's email constitutes his first documented rebuke of STONEY's perverted narrative.

STONEY concluded the video by showing undated texts between HANSEN and himself wherein HANSEN, still believing they are best-friends, invited STONEY to move back to Alabama to live with him and his roommate. HANSEN then sent a final text with a standing offer: *"I wish you well, and our invite is perpetual."* STONEY's diabolical response via words on the screen was: *"Sure, I might come visit you one day … In Prison."*

This was the second time STONEY referenced prison, and it would prove to be a re-occurring theme throughout STONEY's slander-campaign. In addition to destroying HOVIND's ministry, STONEY sought to send HOVIND and JONES to prison; and if his best-friend HANSEN refused to assist, STONEY intended to send him to prison too.

17.    Besides STONEY's slanderous assertion that a child had been raped at DAL, STONEY claimed that HOVIND and JONES violated several criminal statutes. STONEY alleged that JONES committed a Class C felony when he resided overnight under the same roof with a minor, and that HOVIND committed the crime of *Criminal Conspiracy* for having arranged it.

HANSEN: *"Chris didn't break any laws by going down there."*

STONEY: *"I disagree with that."*

HANSEN: *"It wasn't against the law for Chris…"*

STONEY: *"With a minor child?"*

HANSEN: *"There was no, uh, I haven't seen any evidence that Chris is in violation of any law. I'd like to look at it."*

STONEY: *"It's actually a felony, I think it's a Class C felony in Alabama for a registered sex offender to sleep under the same roof without any kind of supervision. Um, it is actually a Class C felony, so Chris could be looking at felony charges there and Kent HOVIND could also be looking at conspiracy."*

STONEY also alleged JONES committed a felony when he failed to report to the Sheriff. According to Alabama law, when a sex-offender leaves his county of residence for a

period of three or more consecutive days, he is required to report to the sheriff in each county where he resides. The Alabama code to which STONEY referred reads as follows:

Code Title 15 Criminal Procedure § 15-20A-15(a): *Immediately before an adult sex offender temporarily leaves his or her county of residence for a period of three or more consecutive days, the adult sex offender shall report in person to the sheriff in each county of residence and complete and sign a travel notification document.*

18.      Like the previous code, this pertains exclusively to sex-offenders who are residents of the state of Alabama. However, in excessive caution, JONES always limited his stay to less than 72-hours. JONES' visit with XYAIIRE in November 2019 was no exception. XYAIIRE was out of school for the week of Thanksgiving and so JONES used this opportunity to take XYAIRE to meet HOVIND, learn about his creation ministry, and get baptized.

JONES and XYAIIRE departed from Augusta, Georgia, about 12:30 PM on Saturday the 23rd and arrived at DAL shortly after 6:00 PM. JONES and XYAIIRE spent three nights in the house provided by HANSEN and then departed shortly before 2:00 PM on Tuesday the 26th and arrived back in Augusta, Georgia, about 9:00 PM. The trip consisted of 3-nights and 4-days; total time in Conecuh County was approximately 69-hours.

19.      STONEY asserted that JONES and XYAIIRE stayed 4-nights and 5-days, the implication being that JONES exceeded 72-hours without reporting to the local sheriff and therefore JONES was in violation of the law and deserved to go to prison. STONEY proactively pursued all of the aforementioned charges with the Conecuh County Sheriff Dept.

STONEY's evidence consists of two text-messages from HANSEN. The first text is dated 11/24/2019 at 8:15 PM and reads JONES and XYAIIRE *"slept in the same bed last night…"* the second text is dated 11/27/2019 at 4:35 PM and reads *"Looks like Chris left 3 hours ago"*.

20.      These texts, which STONEY produced one and one-half years after-the-fact, wrongfully imply JONES and XYAIIRE departed Wednesday the 27th instead of Tuesday the 26th. There are three (3) plausible explanations as to why STONEY's texts state what they do:

1.   HANSEN forgot to press SEND after writing *"Chris left 3 hours ago"* and so he sent the belated text at 4:35 PM on Wednesday after noticing the error. HANSEN does not recall this being the case, but he admits this periodically occurred.

2.  STONEY turned-off his phone after receiving HANSEN's earlier text at 1:04 PM on Tuesday and he did not turn-on his phone until 4:35 PM on Wednesday whereupon HANSEN's day-old text arrived.

3.  STONEY viewed Alabama's sex-offender laws in search of a crime and then used a PDF-Editor to alter the date of the latter text in order to manufacture this crime.

21.     STONEY's other texts show that on Sunday the 24th HANSEN texted *"he is leaving tomorrow"* and that on Tuesday the 26th HANSEN texted he is leaving *"Late tomorrow possibly"*.  HANSEN was clearly unsure when JONES was leaving; thus, JONES' departure on Tuesday the 26th shortly after HANSEN texted *"Late tomorrow possibly"* is entirely plausible.

Note that STONEY, instead of using screenshots directly from his phone, transferred the texts into a medium which allows dates to be easily altered. A PDF-Editor can just as easily change the date back to 11/26.

22.     Being best-friends, STONEY and HANSEN texted regularly, as is evident from previous days.  Oddly, on the 26th, there was only one text exchange between them. It is also worth noting that when texts from the 27th are integrated with texts from the 26th, the time and context remain fluid but without the uncharacteristic 24-hour gap in communication.

STONEY: 12:59:27 PM – Will you let me know when Chris goes home?

HANSEN: 1:04:48 PM – Late tomorrow possibly. Chris here (he stays at my house, only visiting DHL) is no different than you going to Disneyland. Your mom can not hold that against anyone.

HANSEN: 4:35:17 PM – Looks like Chris left 3 hours ago.

STONEY:  4:38:56 PM – Ok. Thanks. We are just now leaving the beach it's tempting to sleep here, but I'd rather have a tent for Mackenzie

HANSEN: 4:40:24 PM – You should have taken the tent with you.

STONEY:  4:40:46 PM – Yeah. Wish I had one.

23.     STONEY filed false reports about XYAIIRE being molested with the Center for Missing and Exploited Children, National Human Trafficking Hotline, Alabama Attorney General, Alabama Law Enforcement - Major Crimes Unit, Conecuh County Sheriff Dept., Georgia Attorney General, South Carolina Attorney General, Aiken County Sheriff Dept., Aiken Dept. of Public Safety, and possibly others:

*"Because I've already talked to the authorities. I've talked to the National Human Trafficking Hotline; I've got a case number. I've talked to the Alabama Attorney General. I've talked to Alabama Law Enforcement - Major Crimes Unit. I've talked to all these people. They're aware of what's going on. They're looking into it. There are investigations going on. <u>These people have committed a lot of crimes and, and they need to be held accountable.</u>"*

*"I know with all the investigations going on in Aiken and Augusta and other places, but the problem in Conecuh County is they're corrupt."*

24.    In the prior comment, STONEY slanderously declared HOVIND, JONES, and HANSEN *"have committed a lot of crimes … and they need to be held accountable."* Ironically,  STONEY is the one who committed a lot of crimes each and every time he knowingly filed false police reports with state and federal law enforcement.

25.    STONEY re-named his YouTube channel *"MarkStoneyOfficial"* and dedicated it to harassing, cyber-bullying, libeling, and slandering HOVIND, JONES, and HANSEN; damaging their reputations, endangering their lives, and hurting the ministry. STONEY made dozens of videos attacking HOVIND on everything wherein he found an angle.

26.    STONEY's smear-campaign was picked up by other HOVIND-hating YouTubers including, Atheist Jr, TTOR, Lies of the Devil, That Nerdy Trucker (Billy), Robert BATY, Big Bad Mama, Cindi LINCOLN, and others. STONEY established himself as a heroic crusader fighting against an evil conspiracy which he himself created.

27.    Day #19 – July 14, 2021 – STONEY posted on Facebook that he was ready to confront HOVIND. STONEY admitted he was *"no stranger to a depraved mind"* and mentioned his past affiliation with *"actual white supremacists. Literal nazi types."* STONEY's depraved mind may explain his over-reaction of wanting to put HOVIND, JONES, and HANSEN in prison simply because JONES was permitted to visit DAL in 2021. STONEY's post continued: *"Jesus saved me and I'm a new creation. Gotta say though, that warrior spirit never quit in me. Its been there all along."* In *"that warrior spirit,"* STONEY went on the war-path and appeared on numerous other podcasts to spread his HOVIND-hating, child abusing, cult-leading slander. STONEY was a regular on Brett KEANE's YouTube channel *"GODTVRADIO",* totaling over 100-hours.

28.    KEANE assembled a panel of individuals who expressed concern about STONEY's allegations, including HOVIND's ex-wife Cindi LINCOLN. STONEY and the panel labeled

HOVIND as the leader of a pedophile cult, declared HANSEN was lying in order to cover-up
HOVIND's and JONES' crimes, and asserted a child was likely raped by JONES at
DAL. STONEY and his cohorts began cyber-stalking XYAIIRE but were unable to find him in
2021.
XYAIIRE was safe at home with his mother in Augusta, Georgia, but the panel was
persuaded
by STONEY that XYAIIRE was missing. They concluded JONES and HANSEN had done
something terrible to him.

29.      Day #166 – December 8, 2021 – JONES was shot with a gun at close range by an
unknown assailant for unknown reasons.

## 2022

30.      STONEY and the GODTVRADIO-panel continued to regularly convene and therein
slander HOVIND, JONES, and HANSEN. The panel eventually claimed that someone found a
small femur bone where XYAIIRE was last seen and that someone found a tattered child's
suitcase nearby. The panel speculated on-air that JONES and HANSEN murdered XYAIIRE
and then dismembered his body. The GODTVRADIO-panel also claimed there were
numerous other dead bodies being stored in containers on DAL property.

31.      Day #317 – May 8, 2022 – XYAIIRE's name and picture appeared on the webpage
of Channel 12 newscast in Augusta, Georgia, as a runaway teen sought by police.

32.      Day #358 – June 18, 2022 – STONEY arranged an interview with HANSEN that
was hosted by his new best-friend Adam LORE. STONEY lured HANSEN on the show under
the guise of seeking truth. STONEY assured HANSEN it would be a fair interview.

At about the 25-minute mark, STONEY and LORE broach the allegation that HANSEN caught
JONES and XYAIIRE wrestling in their underwear and JONES hiding an erection:

LORE: *"So, Mark's testimony is that you told, actually I think this is Mark's testimony,
right, correct me if I'm wrong Mark. XYAIIRE and Chris were found in bed together in
their underwear wrestling, Chris had his hands on XYAIIRE, and XYAIIRE was scared. And,
also, that Christopher JONES had an erection."*

HANSEN: *"No. No. No. Nope. Somebody had a dream. That never came out of my
thought, ever; ever, not once."*

LORE: *"Mark, can you confirm what Paul told you."*

STONEY: *"That is my recollection, yes."*

33.        During the remainder of the interview, HANSEN sternly refuted STONEY's underwear and erection allegations an additional three times:

> HANSEN: *"I've never, I've never told anybody; I guarantee, I guarantee that if I seen anything that looked like a pencil or a screwdriver in a pocket that looked like an erection, I would remember it because that would just be cemented in my mind and there was nothing like that."*

> HANSEN: *"He was not wrestling no kid. He was not touching no kid in the bedroom. I've never had a word of erection. I've never had a word of anybody touching anybody in the bedroom. I've never had a word that Chris, uh, was in any other clothes than what he would normally walk around the camp in or, uh, go to Walmart in. I've never had a word about XYAIIRE had any clothing missing; he might have had his shoes off but he had his socks and his pants and his shirt on every time I ever seen him. I imagine he took a shower there, I imagine he unclothed then, but I wasn't in the bathroom watching him then. But anybody that's saying that I seen an erection or I seen him without any clothes is completely lying or they had a dream and they're getting a dream mixed up with the facts."*

> HANSEN: *"With an erection; that's a complete lie. That's a complete lie and... and I believe... I believe..."*

> LORE: *"That is your... that is what you told Mark."*

> HANSEN: *"That's a lie. I can say before God; I can say before God that I never mentioned nothing. I never seen nothing like that. I never mentioned to nothing, nobody like that. I never even had a dream like that. Nothing! That is a complete fabricated lie."*

34.        This constitutes the second, third, fourth, and fifth times on-the-record that HANSEN refuted STONEY's accusation that JONES and XYAIIRE wrestled in their underwear and that JONES had an erection. Nevertheless, the slanderous accusation garnered attention and so STONEY continued to spread this slander to listeners as well as to state and federal law enforcement agencies. At about the 42-minute mark, LORE questioned whether "XYAIIRE" was the boy's real name or made-up sex-name. LORE asserted HANSEN, HOVIND and JONES were part of a pedophile ring that kidnapped and raped children; insinuating XYAIIRE may have been kidnapped and raped in accordance with STONEY's and the GODTVRADIO-panel's conclusion:

LORE: *"We don't have any kind of evidence of what happened to XYAIIRE after that. Did you see Christopher JONES leave with XYAIIRE, if that is his real name? Actually Paul,*

*also can you answer, is it your understanding that XYAIIRE is his actual legal birth name?"*

HANSEN: *"That's what I called him. No, I don't know, that's what I called him and he seemed to respond to it perfectly fine."*

LORE: *"That's what you called him?"*

HANSEN: *"Why would I call him any other name than what... I asked him 'what's your name and he said 'XYAIIRE.'"*

LORE: *"Because you guys made that name up because it's a pedophile ring and you guys are lying and kidnapping kids and raping them and stuff."*

35.      HANSEN was noticeably upset by these highly defamatory accusations:

HANSEN: *"This is, this is insane. This is ridiculous. You told me this was going to be a fair interview. You can't accuse me of something that trash like that. That's just ridiculous. You're not worthy to be rated as a... Take, take it back. Take that back and explain why you just said that."*

STONEY: *"I do think it's unfair to say all y'all."*

HANSEN: *"No, no, no, I'm not asking you, Scott. Uh Mark, I'm not asking you. That other man needs to explain why he just said what he said. Why did he say that?"*

LORE: *"What is it that you want me to take back, Paul?"*

HANSEN: *"What are you talking about some sex-ring and some made-up name? What are you talking about XYAIIRE's some sex-name and made-up name? What are you talking about?"*

LORE: *"So, that's what, um, a lot of witnesses are suspecting is that this is a sex trafficking ring, a pedophile ring,"*

HANSEN: *"What are you talking about? Where does that come out of...  Where does that come out of any evidence? That's crazy!"*

36.      LORE further alleged XYAIIRE may have been murdered and then his body dismembered and buried near DAL. LORE stated the FBI was investigating XYAIIRE as well as the allegations made by STONEY's cohorts regarding dead bodies on DAL property:

LORE: *"And then one thing else I wanted to ask you about, um, there are human remains, children's clothing that were found where Chris was, um. sleeping..."*

HANSEN: "Oh yeah, yeah. Okay, so Chris is going to come on the air, some kid is going to show up and get baptized, and Chris is going to go, 'Oh, where should I bury him? Man, I got to cover this up; I got to get rid of a body here. What am I gunna do? Oh yeah, let's put it here. They won't look here.' Oh my gosh, this is such insane. This is just insane."

LORE: "It is pretty insane; Like I've never almost... I think I might actually literally vomit from this."

HANSEN: "There is no evidence! There is no evidence of no child's bones out there, nothing."

LORE: "So it is reported, there's first... there's eye-witness, firsthand accounts that there were..."

HANSEN: "Okay, show me the police report. Show me the police report."

LORE: "I guess we have to pay like $100 to get it, so but we're working on that. So, we will have that once we, um, we can file for it."

HANSEN: "Think about it. Think about it. Okay, I'm going to bury a body right here. Yeah. Oh my gosh."

LORE: "Well there were clothing found, there was what is claimed to be a human femur bone..."

HANSEN: "yeah, claims. Claims. Probably a cow bone."

LORE: "Mark, can you help me here? There was a suitcase found, something found in a drainage pipe, um, Cindi LICOLN described it as some very disturbing things that were reported to the Sheriff. This was also investigated by the FBI, people were stopped at the airport and questioned about shipping containers and dead bodies. Uh, it's very, very serious."

HANSEN: "Yeah, all linked back to that little place I was staying on. I doubt it."
(Exhibit 22-B8)

At about the 64-minute mark, LORE resumed accusing JONES of rape and murder:

LORE: "Like, We just wanna know that XYAIIRE is okay. We wanna know that he's safe. He's not... he hasn't been murdered."

HANSEN: "Kent, Kent, I think Kent would agree that that would, that would, that wouldn't be violating... violating XYAIIRE's privacy to do that. I mean, it would bring... it would bring a close to everything. That would be a wonderful thing."

LORE: *"Well it wouldn't bring a close to everything. He still raped him and was in bed with underwear and stuff, but…"*

HANSEN*: "There's no evidence of rape. There's no evidence that Chris touched… What are you talking about? What are you talking about?! This was a camping trip…"*

LORE: *"Finding a sex predator in bed with a little boy in his underwear, quote unquote, wrestling with an erection and the boy's scared. That is evidence of a rape."*

HANSEN: *"With an erection; that's a complete lie. That's a complete lie and… and I believe… I believe…"*

LORE: *"That is your… that is what you told Mark."*

HANSEN: *"That's a lie. I can say before God; I can say before God that I never mentioned nothing. I never seen nothing like that. I never mentioned to nothing, nobody like that. I never even had a dream like that. Nothing! That is a complete fabricated lie."*

LORE: *"Mark? Wait, wait, real quick. Mark, can you respond to that? He's saying that's a lie. Your testimony is that Paul told you… can you reiterate it… What did Paul tell you the first time? Well, in person, he took you to the side in private and said 'Off the record, get rid of your phone, I want you to hear this.'"*

STONEY: *"Yeah, so, when Paul came and talked to me about that, he did tell me that they*
*were in their underwear and that XYAIIRE appeared to be afraid. Um. Later on, Paul came back and told me that Chris clarified and said they were in their gym shorts. So, take that for what it's worth. That's what Paul told me."*

HANSEN: *"Now remember, 'afraid,' Yeah, Chris told me he didn't want to sleep in that other room alone. That's probably why I would use the word 'afraid.' I never, XYAIIRE, when I walked in that room, XYAIIRE was completely asleep on his side of the bed. Completely clothed."*

37.     LORE and STONEY ended the interview by hurling more insults at HANSEN:

LORE: *"I apologize Mark, you said it's too much, and I'm getting overwhelmed by this. I want to say, um. Paul HANSEN, you are a sick fuck, you are the scum of the earth. You are complicit in this. Mark, I apologize if that interferes with anything you have going on with Paul. And I appreciate you setting this up but I just got to end this because I'm going to have like an anxiety attack or something. I really want to thank Mark STONEY for arranging this. I think this was a lot of good evidence. I appreciate those who showed up in the comment section and Mark, if you want to, um, add anything at the end, we can we can wrap up because I gotta stop doing this for a minute. It's too much. I'm*

*having a physical reaction and I need to take an anxiety med and just chill out and play Tetris or something."*

STONEY: *"I'm kind of with you. I'm not feeling too great. I went through 6-months of therapy with my daughter after all this really hit the fan and, and just, man, it's coming back. I'm, I'm with you. I got to step aside."*

38.     Day #416 – June 15, 2022 – STONEY appeared on GODTVRADIO to talk about HOVIND receiving therapeutic massages in his bathing suit and in his boxers. STONEY's intent was to sinisterly fabricate a similar pattern of behavior between HOVIND and JONES. First, STONEY made the false comparison that HOVIND and JONES had both been inappropriately in their underwear.  Second, STONEY made the false comparison that HOVIND and JONES had both been in inappropriate situations with children. STONEY then falsely alleged that HOVIND had *"enticed"* his six-year-old daughter to give him some massages.

39.     HOVIND and his wife SANDRA heard a lot of depraved gossip around town. HOVIND was often given strange looks and avoided by locals. Cindi LINCOLN, his ex-wife, is on the GODTVRADIO-panel with STONEY and she further fueled rumors about pedophiles, the missing boy, and dead bodies at DAL. LINCOLN re-posted several of STONEY's videos on her YouTube channel which are still available. ([https://www.youtube.com/@cindilincoln](https://www.youtube.com/@cindilincoln))

40.     In late-June, 2022, LINCOLN found the correct spelling of XYAIIRE's first name in her notes and relayed it to STONEY. STONEY searched XYAIIRE's name on Google whereupon it hit on the Channel 12 newscast website. STONEY then obtained XYAIIRE's last name and was able to make contact with XYAIIRE's sister on Facebook. After one-year of searching, STONEY connected with XYAIIRE; the boy from DAL who was key to his efforts of imprisoning JONES, HOVIND, and HANSEN.

41.     Day #368 – June 28, 2022 – STONEY talked to XYAIIRE's mother, Latisha GRIFFIN, and arranged for an interview which he then posted on his YouTube channel. STONEY had no intention of letting this opportunity go to waste. Instead of conducting a fair and unbiased interview, STONEY incited XYAIIRE and GRIFFIN with a series of inflammatory texts prior to their phone-call.

GRIFFIN: *"But I have sat here right before I called you, before I even text you anything, I texted you from his phone. Before I did anything, XYAIIRE let me read the messages between you and XYAIIRE, and I read these messages. And it brought up a whole pool of everything."*

42.        STONEY's incendiary plan worked. XYAIIRE and his mom were troubled by his texts and were riled up during the interview. STONEY never revealed the content of those texts; their existence is only known because of GRIFFIN's statement cited above. Nevertheless, judging by their reactions, much of the context of those texts can be construed. First, they included JONES' conviction and status as a sex-offender. This was not a surprise to GRIFFIN because JONES had been forthright and disclosed everything to her early in their relationship.

GRIFFIN: *"Also know, but I am not going to lie on that man either. I'm not going to lie on Chris. He did tell me when I first brought him around my family, he did tell me that he had charges and he told me that they were not true."*

GRIFFIN: *"Chris already told me he was convicted and everything."*

43.    XYAIIRE did not know JONES is a sex-offender. That is something GRIFFIN should have decided when and if to disclose to her son, not a stranger pursuing an agenda. STONEY texted this information to XYAIIRE without GRIFFIN's consent. There was no reason to disclose such information to XYAIIRE other than to break any loyalty he held toward JONES. It does not change the facts, but it creates a highly prejudicial situation which routinely causes individuals to stray from the truth. For this reason, such disclosures are not permitted in legal proceedings. STONEY was essentially witness-tampering before XYAIIRE had an opportunity to make his official statement.

44.    The disclosure caught XYAIIRE off-guard. A link to South Carolina's registry proved STONEY was telling the truth. Deception always entails truth mixed with untruth. Having gained XYAIIRE's trust by revealing JONES to be a sex-offender, STONEY then peddled his false claim that XYAIIRE spent four nights at DAL, not three nights as he remembered. STONEY postulated the reason XYAIIRE could not remember one of the nights was because he was drugged and probably raped by JONES before being passed around to others at DAL. This was the perverse context in which STONEY interviewed GRIFFIN. After hearing STONEY's accusation, GRIFFIN was angry, emotionally distraught. and prone to fabricate allegations against JONES in seeking justice for her son.

45.    The interview was heavily edited but within the first 10-minutes of the posted version, GRIFFIN stated three times that XYAIIRE was excited when he returned home and while telling her about everything he did at DAL, he mentioned JONES touched his penis with a paper-towel.  After an edit, GRIFFIN asked XYAIIRE to elaborate on the paper-towel incident. In spite of GRIFFIN's repeated assertions it occurred at DAL, XYAIIRE changed the time and location:

*"You know when you walk in, like, the front way of Boost Mobile? Yeah, it was right there."*

When pressed for details, XYAIIRE stumbled through an answer: *"They was off. But um, yep,*

*oh, I see what you mean. So, he, um, oh … Yeah, I see what you mean. But, no, he had pulled*

*them [pants] down".*

STONEY then asked XYAIIRE if anything happened at DAL. XYAIIRE responded, *"It's not at Dino Land, it's somewhere else…"*

46.  GRIFFIN subsequently pretended she never stated the paper-towel incident occurred at DAL  but only that XYAIIRE disclosed the paper-towel incident which transpired years earlier at Boost Mobile during his telling of the DAL trip. GRIFFIN stated, *"I ain't ask this boy about this story in over four months and it's still the same story."* GRIFFIN claimed that XYAIIRE had maintained the story for over four months, but ironically, they were unable to maintain the same story for 20-minutes.

47. The end-of-interview narrative entailed XYAIIRE returning home from DAL in November of 2019 and excitedly telling GRIFFIN about everything that happened at DAL but added that JONES had touched his penis with a paper-towel years earlier in the back of a Boost Mobile store. GRIFFIN alleged that after XYAIIRE revealed this to her in November of 2019, she stopped communicating with JONES and forbade him from coming around her family under threat of calling the police.

48. STONEY later provoked GRIFFIN to consider that her son may have been penetrated by JONES and others at DAL. GRIFFIN responded to the sickening accusation by lashing out at JONES and bearing false witness to the facts. There is proof what GRIFFIN alleged is untrue:

- GRIFFIN admitted in the interview that she owed JONES $200.

  GRIFFIN: *"I do owe Chris two-hundred dollars in cash. How he gunna get it, I don't know."*

  STONEY: *"You don't owe him anything…"*

JONES loaned GRIFFIN money via CashAPP. Receipts show these transactions occurred as late as June of 2021; disproving GRIFFIN's assertion she had cut ties with JONES in 2019.

- GRIFFIN's assertion is further disproved by XYAIIRE's admission that he went camping with JONES in fall of 2020.

- GRIFFIN stated she always asked her children if they had been inappropriately touched every time they returned from someone else's care, but when asked about JONES they always denied anything inappropriate occurred:

    GRIFFIN: *"Any time my children leave anywhere, not in my, you know, my care, I do ask them 'did anybody touch you? Did somebody,' you know and, and whatever they say. But it's always been 'No, mama, whatchu talking about?'"*

    If the paper-towel incident occurred at Boost Mobile in 2017, then either XYIAIIRE lied for years when GRIFFIN asked if was inappropriately touched, or XYAIIRE began lying after STONEY deceived him into believing DAL is a pedophile cult and an entire day of his trip is missing from his memory.

- GRIFFIN also stated, "*I ain't ask this boy about this story in over four months and it's still the same story.*" GRIFFIN stated this in June 2022 so four months prior was February 2022. If XYAIIRE disclosed the paper-towel incident in November 2019 as GRIFFIN alleged, then XYAIIRE should have maintained the same story for 2 ½ years; not merely four months.

49.        STONEY further ingratiated himself into the family by claiming he had searched for XYAIIRE for 3-years; since XYAIIRE left DAL in November 2019. HOVIND and HANSEN both say STONEY never expressed any concern for XYAIIRE until the summer of 2021 after STONEY left DAL. In actuality, it was a necessity that STONEY feigned concern about XYAIIRE being molested or murdered since November 2019, otherwise his ruse is exposed. It makes no sense that STONEY remained silent about a possible rape and murder for 2 ½ years until he arrived in Walla Walla, Washington. STONEY readily took credit for starting the slanderous rumors about XYAIIRE (sex trafficked, raped, murdered), but he said he was happy to know XYAIIRE was "*alive.*"

STONEY: *"And listen, I'm just so happy, I don't even know what else to say. I'm just, I am so happy to be able to talk to you, I am so happy to know that XYAIIRE is alive. My goodness, like you would not believe the speculation that was going on. And I'm the one who kinda started like 'Where is XYAIIRE?' What happened to him?'"*

50.    STONEY seemed unphased by XYAIIRE's admission that nothing occurred at DAL. After a year of peddling slanderous allegations entailing JONES sleeping in his underwear with XYAIIRE, JONES and XYAIIRE wrestling in their underwear, and JONES

hiding an erection, STONEY nonchalantly transitioned to this new allegation of JONES touching XYAIIRE's penis with a paper-towel in the back of a Boost Mobile store.

There was no mention of the defamatory allegations STONEY repeatedly made over the past year. STONEY had not only viscously slandered JONES, HOVIND, and HANSEN via dozens of videos and appearances on other podcasts, but STONEY created permanent government records of his defamatory accusations. At the time, there were open investigations in Aiken, South Carolina; Augusta, Georgia; Conecuh County, Alabama, and the Federal Bureau of Investigations.

51.     STONEY used the ongoing investigations to persuade GRIFFIN that she is part of something bigger, but STONEY concealed the fact that he is the one who started these investigations  under the false premise XYAIIRE had been molested at DAL.STONEY continued to demonize JONES and pressed GRIFFIN to prosecute.

STONEY: *"It's gunna happen. Um, that's something that I wanted to talk to you about because I've been talking to the authorities for, uh, a year now."*

GRIFFIN: *"Really?"*

STONEY: *"Yeah, and the hang up this whole time, I didn't know how to spell XYAIIRE's name."*

STONEY: *"We gotta take care of this. That man needs to be in prison. Actually, he needs to be shot."*

STONEY: *"But rest assured that justice is going to be served, Chris is going to get his*."

STONEY: *"…so we're going to hammer him [JONES]."*

STONEY: *"Well, here's the good thing. Here's the positive of this, um, when I go and talk to the people I'm going to talk to tomorrow, there are professionals that know how to handle this, carefully. And, and they're very good at getting accurate information."*

52.     Having had a little time to ponder the seriousness of STONEY's accusations as well as  hearing XYAIIRE deny anything happened at DAL, GRIFFIN expressed doubt that JONES had      touched her son. GRIFFIN stated that JONES doesn't need to be punished again for his prior conviction; which is not something a mother would say if her child truly disclosed JONES  touched his penis with a paper-towel.

GRIFFIN: *"And he [JONES] did respect me as a person. And I'ma be 100 [percent honest] with you right now: Because he did listen, I don't feel like Chris, if he did anything, I feel like he is a changed person but I don't need to find out the hard way."*

STONEY: *"Right, right."*

GRIFFIN: *"But I don't feel like he needs to be punished for something that he did in the past if he's not doing it today."*

53.        In spite of her doubts, GRIFFIN was persuaded to press charges due to the multiple open investigations, XYAIIRE saying he woke up at DAL feeling "weird" (although GRIFFIN admitted XYAIIRE never alleged this previously –and her parental instinct to prevent other children from being molested.

GRIFFIN: *"But see, I'm just one mother. If he didn't do nothing to my son, he can get the next one, or he probably did somebody. You know and nobody needs to go through this."*

STONEY: *"Nobody."*

54.    After the interview, STONEY contacted Special Agent Chris Klettheimer at the FBI and was scheduled for a telephone interview on July 5, 2022.

55.    Day #369 – June 29, 2022, GRIFFIN filed a criminal complaint with the Aiken County Sheriff in South Carolina. It entailed the allegation JONES touched XYAIIRE with a paper-towel at Boost Mobile between November 2015 and November 2016 when he was 9.

56.    Day #369 – On that same day, STONEY called HOVIND's wife SANDRA to give her an update. STONEY often conversed with SANDRA to divide them on this issue and to subvert their marriage. STONEY recorded this conversation without SANDRA's permission; an illegal wiretap from Washington state, and he posted it on his YouTube channel.

57.    STONEY informed SANDRA that XYAIIRE alleged JONES had touched him with a paper-towel, but it did not happen at DAL.

*"It's not certain that he was molested at that house. Um, they did sleep in the bed together. And what his mother told me was that XYAIIRE woke up and felt unusual; like, weird physically. And he didn't know what it was. But he didn't recall anything like that happening there."*

*"But the fact remains that he, he was molested. I mean, it may not have happened at*

*Dinosaur Adventure Land or at that house, but that was just a step in the grooming process."*

58.     STONEY explained to SANDRA what he had been told about the paper-towel incident in the back of a Boost Mobile store.

*"So, anyway, uh, XYAIIRE uh, told his mother about four months ago, four or five months ago that, uh, one time when she went to go get lunch while, uh, Chris was staying at the store with, uh, XYAIIRE, um, that <u>Chris lured him into the back room</u> and pulled his pants and underwear down and groped him with a paper-towel."*

*"No, it wasn't a bathroom. <u>It was like a supply room in the back</u>. And she said there were no lights, no cameras. And he, XYAIIRE told her that he had, um, Chris had told XYAIIRE that there was a cooler, like <u>a drink cooler or something back there, and he wanted him to go back there with him and get a drink</u>. And once they were in the room, Chris just pulled his pants and underwear down and I don't know where the paper-towel comes into play. I don't really understand what's that about, but that's how XYAIIRE described it."*

59.     STONEY boasted about the family wanting JONES to go to prison and said he didn't blame them, as though the idea originated from the family and hadn't been his objective this whole time:

STONEY: *"They want justice. They want Chris to go to prison. And I don't blame them."*

60.     STONEY did not apologize for slandering HOVIND and DAL for over a year, but he admitted he had been hard on HOVIND. STONEY claimed the reason he did so was to find XYAIIRE. In other words, yes, he had slandered HOVIND, but it was for a good cause.

STONEY: *"As far as, you know, I've been putting…"*

SANDRA: *"I'm listening"*

STONEY: *"I've been putting a lot of pressure on Kent with videos and text messages and talking and all this because; and, and it was only because I wanted to find XYAIIRE, you know, I gotta find him. And, and that happened."*

61.     SANDRA relayed to STONEY the devastating effect his slanderous rumors had caused within the local community:

SANDRA: *"Of course, around here the stories were, you know, I go into a thrift store and I'm like 'Hey, would you like to come to Dinosaur Adventure Land.' And, you know, I'm*

*excited. I'm making it look green and everything. "Oh, I can't go there." I'm like "why?" So, I hear that there's dogs eating kids' bones and stuff. I'm like "Oh geez. You can come see for yourself." So, some of what I've experienced has kind of been weird."*

STONEY: *"Yeah, I'm sure."*

62.      Day #370 – June 30, 2022 – XYAIIRE met with investigators in Augusta, Georgia. XYAIIRE was asked about his relationship with JONES and the things they had done together. XYAIIRE mentioned watching Highway to Heaven and said, "*he got me addicted to that show."* XYAIIRE also said, *"[JONES] would teach us [he and his siblings] one at a time … teaching us Bible study or whatever, which I wasn't really paying attention to it."* About 15-minutes into the interview, XYAIIRE was asked about the paper-towel incident but he didn't offer any details:

Interviewer: So, tell me about the touch with the paper-towel.
XYAIIRE: *"It was just weird."*

Interviewer: What kind of touch was it?
XYAIIRE: *"I don't even remember really how he did it. I just know he touched it."*

63.      XYAIIRE quickly redirected the conversation to STONEY. XYAIIRE said they had spoken *"two days ago",* explained how STONEY found him through his sister by saying *"He said he knew some things about Chris,"* and bragged about STONEY saying he is famous in Alabama:

XYAIIRE: *"[STONEY said] 'You know you blowing up over here, right?' I was like, 'For real? That's crazy.' [STONEY said] 'A bunch of people know you over here … you know you're famous, right?' Ever since I went over there everybody was just calling me famous [and saying] 'you got something in you.'"*

64.      Herein another of STONEY's tactics is revealed. STONEY deceived XYAIIRE into believing he was famous for his dancing and rapping; not for being the missing boy who was allegedly raped and possibly murdered. XYAIIRE said that STONEY and his friends were going to help  him become more famous. XYAIIRE basked in his fame and said he knew it would happen from the moment he appeared on HOVIND's YouTube broadcast: *"…the camera was on me.*

   *I knew then I was going to blow up."* STONEY took advantage of XYAIIRE's misunderstanding of "being famous in Alabama" and cleverly positioned himself as the conduit to XYAIIRE's dream of becoming a famous rapper.

65.      XYAIIRE continued to rant about STONEY and his fame for several minutes, *so* the

interviewer transitioned into asking about his trip to Alabama with JONES:

Interviewer: Where did you and Chris sleep?
XYAIIRE: *"There were two beds in the room and I slept on the one closer to the wall."*

Interviewer: Do you know how long you stayed there?
XYAIIRE: *"Probably three days."*

Interviewer: What made you scared when you were there?
XYAIIRE: *"It was Mark [STONEY]. It was the face he made, the military face. I was scared*
*to walk by him. He scared me."*

Interviewer: Did anything like that happen any other times, where he [JONES] tried to touch it?
XYAIIRE: *"Ut-uh"*

66.        XYAIIRE shut down any assertion JONES did anything inappropriate at DAL. XYAIIRE also denied sleeping in the same bed with JONES and said he slept in another bed along the wall. JONES explained they had slept in the same bed on the first night because XYAIIRE was scared to sleep on the couch alone in another room but then on the second and third nights XYAIIRE slept on the couch cushions which they laid along the wall.  Throughout the interview, XYAIIRE held to his story of a one-time touching incident at Boost Mobile. STONEY's bald-faced lies about Alabama were on full display. Moreover, STONEY's hope of being able to say a child was molested at DAL because HOVIND allowed JONES to visit just imploded in his scary military face.

        The interview continued:

Interviewer: What did you think about that [STONEY saying JONES molests kids]?
XYAIIRE: *"I'm just glad he ain't do me like that."*

Interviewer: You said he didn't do you like what?
XYAIIRE: *"Like molest me or anything."*

Interviewer: Has anyone ever asked you to do something with your "it" part?
XYAIIRE: *"No."*

Interviewer: Do you know of anyone else who has been molested?
XYAIIRE: *"Nah."*

67.        The interview concluded with a few more questions about the paper-towel incident. XYAIIRE then offered a new variant to the story: it occurred in the front

of the Boost Mobile store. For the third time in less than 48-hours, the location of the paper-towel incident changed:

Interviewer: Tell me exactly where you were when that happened.
XYAIIRE: *"...in the front [of the store] he did it. Like when you walk in you can see it. Like if you just walk straight in you can see it..."*

Interviewer: How were your clothes when it happened?
XYAIIRE: *"He had pulled them down. His [pants] was up."*

Interviewer: What made him stop?
XYAIIRE: *"I don't know. He heard like a car door shut."*

68.        Day #370 – On that same day, STONEY solidified his influence over XYAIIRE and his family with a $10,000 GoFundMe. The textual portion of his post did two things: slandered JONES and HOVIND, and dangled the dream of being a famous rapper in front of XYAIIRE in the hopes he would bend to STONEY's agenda.

69.        STONEY began the GoFundMe post by slandering JONES as having sexually groomed XYAIIRE for years: "*I am organizing this fundraiser for the family of this young man who was groomed for years by Christopher L. Jones.*" STONEY's post is obviously a defamatory lie based upon XYAIIRE's answers in the police interview. STONEY wrongly wrote that XYAIIRE was age 11 (as opposed to 12) and then re-enforced his false narrative they stayed 5-days at DAL (as opposed to less than 72-hours) in order to
further persuade XYAIIRE there was a day he doesn't remember: "*At age 11, Jones traveled with Zaire across state lines to stay overnight for 5 days in an empty house...*"

70.        STONEY then slandered HOVIND by labeling him a "sovereign citizen" and "tax evader" who enables degenerates: *"Kent Hovind, an infamous sovereign citizen tax evader and convicted felon who promotes, enables, and defends multiple degenerate associates..."*

71.        Lastly, STONEY continued to manipulate XYAIIRE by sharing his hope and dream of becoming a famous rapper. STONEY stroked XYAIIRE's ego by claiming he "*has so much talent and potential*" but lacked opportunity due to money. *"Zaire is now 14 years old and hopes to go to college, play sports, and one day become a rapper. He already has so much talent and potential for a promising future ahead of him, but has limited access to monetary support ... this kid has POTENTIAL!*" The fundraiser was worded to make XYAIIRE believe he would receive a large sum of money so that he

would feel indebted to STONEY and be more apt to say what STONEY wanted hiM to say in recompense for his future fame and fortune.

72.        Day #375 – July 5, 2022 – STONEY was interviewed via telephone by the FBI. The 2-page complaint form is entitled "*Allegations of sexual abuse of minors in Repton, AL.*"   In spite of XYAIIRE alleging a single touching incident in South Carolina, STONEY knowingly provided false information to the FBI when he stated, "*Jones took a child (12-years-old) across state lines … to Dinoland in Repton, AL for five days in 2019 and molested the child.*"

73.        The FBI complaint also contained a text STONEY sent to Special Agent Chris Klettheimer prior to the interview wherein STONEY alleged the debunked accusation that "*Paul [HANSEN] walked in on Chris and* XYAIIRE *'wrestling' in their underwear and that Chris tried to hide his erection. This was later shrugged off as 'gym' shorts and 'morning wood.'*"

74.        XYAIIRE has below average intelligence and he is easily manipulatable. STONEY seems to have picked up on this and believed he could persuade XYAIIRE to eventually make this false allegation. STONEY still sought to criminally involve HOVIND and HANSEN. Regardless, it is a felony to knowingly provide false information to the FBI (18 U.S. Code § 1001) and STONEY broke the law in so doing.

75.        In early July, 2022, STONEY plotted to end the charade by outright murdering JONES and HOVIND. STONEY confided in his best-friend Adam LORE and Skyler SHANNON. Via a recorded phone conversation, LORE confessed that STONEY told him about his plan to murder JONES and HOVIND, and that LORE joined in on his plan. LORE stated, "*Mark and I were about to get on a plane ... to kill motherfuckers.*" SHANNON is the one who ultimately convinced STONEY not to commit first-degree murder by making him consider the ramifications to his daughter.

76.        Day #384 –July 14, 2022 – STONEY interviewed XYAIIRE on his YouTube channel. The interview was again aimed at dragging HOVIND and HANSEN back into criminal culpability by pressuring XYAIIRE to make an allegation at DAL. The video was entitled. "*Did Chris Jones Drug a Child at #DAL?*"

77.        STONEY had previously provoked GRIFFIN and XYAIIRE to make false allegations against JONES by seeding their texts with vile allegations the night before. STONEY implemented this strategy again when he spoke to XYAIIRE the night before and planted the idea he may have been drugged at DAL:

STONEY: *"That's what we were talking about last night with the... when I asked you if I had a question."*

XYAIIRE: *"Oh yeah, yeah."*

78.        Not just STONEY, but SHANNON had also spoke with XYIAIIRE *"quite a bit"* over the past several weeks:

*"Especially since it's it's you specifically that I'm talking to. You've talked to me, you know, we've talked, you know, quite a bit and what not, so..."*

79.        In his conversation with XYAIIRE, SHANNON revealed their plan was to inundate XYAIIRE  with calls from HOVIND-hating individuals, which SHANNON referred to as *"the Mark  STONEY crowd."* They intended to influence XYAIIRE to likewise hate HOVIND so he would be more susceptible to making a criminal accusation at DAL.

SHANNON: *"You gotta understand that I absolutely hate Kent HOVIND in a completely different manner, okay? A very professional, a very professional manner, Okay? I'm, I'm kinda against HOVIND; I'm very against HOVIND on, on something kinda a lot of bit different than, than, than any of the stuff you're going to hear about, or, or any of the people you're gunna talk to; especially with the Mark STONEY crowd."*

80.        The audio was recorded while STONEY screen-shared with XYAIIRE in a private chatroom.  The chat-group consisted of STONEY, XYAIIRE, SHANNON, and seemingly a
representative of law enforcement:

STONEY: *"Like we were in a room together, which we're in a chat-room, and you were talking to me, Sklyer, and the Sheriff.* (Exhibit 22-L6)

Lady's voice in the background says *"immediate response"* .

81.        STONEY's objective was to get XYAIIRE to capitulate and say he believed he was drugged:

STONEY: *"I'm trying to get to the bottom of this, like, cough syrup and LEAN stuff that we was talking about, um, because your mom told me that Chris called her to ask if he could give you some cough-syrup."*

XYAIIRE: *"Ohhh"*

82.        Note XYAIIRE did not know what STONEY was talking about at first, and

XYAIIRE did not remember JONES calling his mother to ask if he could give him cough syrup:

STONEY: *"You know, I mentioned the cough syrup and you didn't know what I was talking about at first."*

STONEY: *"Do you remember when he called your mom?"*
XYAIIRE: *"No."*

83.          It is unknown whether STONEY was lying or whether GRIFFIN made this statement out of anger during her interview but it was edited out. This purported statement by GRIFFIN has never been published.  XYAIIRE minimally engaged in their speculative conversation and so STONEY nudged him by mentioning the money he would receive from the *GoFundMe*. STONEY included the fact XYAIIRE was "*well aware of that,"* suggesting it was not the first time STONEY seduced XYAIIRE with the allure of a large sum of *GoFundMe* money:

STONEY: *"Um, but yeah, a lot of people are really passionate about what's going on. You know, people are donating to GoFundMe. You're well aware of that."*

84.          STONEY continued with his passionate-theme by stating *"We [STONEY and SHANNON] have been much more passionate about this, um, off-line, off phone, off everything; literally turning phones off…"* This was a subtle reference to their aborted plot to murder JONES and HOVIND. STONEY thought he was clever to mention it and then laughed with amusement:

STONEY: *"Which everything Skyler just said is completely correct, and he's passionate about it, I am too. We've been much more passionate about this, um, off-line, off phone, off everything; literally turning phones off so, for reasons we're not going to discuss here but anyway…"*

85.          About 10 ½-minutes into the interview, STONEY and XYAIIRE have a dialog about what XYAIIRE was given to drink before he went to bed:

XYAIIRE: *"He gave me a drink. I don't even know what it was but it was good.*

STONEY: *"It was LEAN?"*

XYAIIRE: *"Naw … I know what LEAN look like."*

STONEY: *"Did it taste funny? Like, was it, did you open it? Did you break the seal? Did, did he hand it to you like in a cup? Or, like…"*

XYAIIRE: *"Oh, no. He gave me my own. I ain't finish it cuz I end up like..."*

STONEY: *"You didn't even finish it?*

86.    STONEY grew increasingly frustrated because XYAIIRE would not allege he was drugged.  STONEY resorted to blatantly telling XYAIIRE the authorities need his testimony; they need new information in order to charge HOVIND, JONES, and HANSEN in Alabama:

STONEY: *"I guess it's a question that's gunna linger. I mean, if you can't remember, you can't remember what it was, I mean, I just want it to be on record. <u>Because one of the things they're asking is for your testimony; your witness statement</u>. And, you know ... the problem in Conecuh County is they're corrupt. You know, they're not going to move unless they got something that's like, 'alright we have to do something.' <u>It's like If you don't have new information for us we're not going to bother with it. And that's kinda been the wall we've been running into.</u>"*

87.    STONEY continued to relentlessly push XYAIIRE to give a statement. XYAIIRE finally succumbed to the pressure, made a brief statement, and then hung-up:

STONEY: *"Yeah, just go ahead with what you think or what you remember in your own words."*

XYAIIRE: *"Really all I remember is dosing off then he woke me up to get in the bed and I got in the bed and went straight to sleep. And I woke up feeling weird."*

XYAIIRE: *"[In the morning] Like, I woke up and he said 'come on' and we had to go to like where this little group was doing Bible study or whatever. And I woke up and I had felt like my legs just gave up and then like 15-minutes later das when like my legs did come back."*

88.    HANSEN attested that he never noticed any drug paraphernalia or cough syrup in the house. HANSEN also stated he was the one who walked into the room every morning to awaken JONES and XYAIIRE and that XYAIIRE never showed signs of impairment. XYAIIRE woke up fully dressed except for his shoes, gave HANSEN a big smile, and then arose like any kid on a camping trip.

In the comment section of this video, STONEY gave two noteworthy replies:

1.    STONEY wrote that the Federal Bureau of Investigations and the Alabama Law Enforcement Agency were coordinating to build a case in this matter. STONEY had

successfully duped these agencies to go after HOVIND, JONES, and HANSEN. STONEY further wrote "Prison time is coming" and outright admitted his objective was to dry up HOVIND's income and force him to close DAL.

2.   STONEY mocked HOVIND and insinuated it is just a matter of time until HOVIND went to prison.

89.        In mid-July, 2022, STONEY posted a graph on his Facebook page that showed his increased viewership. STONEY bragged that it was a result of his *"unconventional methods."* Note STONEY did not claim his increased viewership was the result brilliant detective work, nor did STONEY give glory to God for guiding his footsteps and opening doors; rather, STONEY basked in his own glory of implementing dark propaganda to destroy HOVIND and DAL. STONEY stated: *"People need to be aware of #KentHovind and the crew at #DAL. STOP SENDING THIS HUCKSTER YOUR MONEY."*

90.        Day #392 – July 22, 2022 – STONEY posted a video on his YouTube channel entitled "*#Kent Hovind's Dirty Little Secret | The Chris Jones Connection.*" The first half of the video was largely a rehash of previous videos but in regards to HOVIND saying that XYAIIRE is "fine," STONEY libeled HOVIND with screen-text saying *"Kent Hovind is a LIAR"*. At the 21:40-minute mark, STONEY initiated a phone-call to Helen BRINKMAN, a friend of JONES and a sex-crimes prosecutor for 25-years. BRINKMAN was unaware she was being deceived and unaware she was being audio recorded for broadcast; an illegal wiretap in Washington state from where STONEY originated the call. STONEY was not satisfied by simply demonizing JONES in a public forum and pushing for false criminal prosecution. STONEY herein reached out to JONES' inner-circle and destroyed relationships as a publicity stunt. STONEY initially relayed to BRINKMAN the same slanderous story about JONES and XYAIIRE wrestling in bed together in their underwear; the same allegation HANSEN repeatedly told STONEY was untrue, and the same allegation XYAIIRE confirmed was untrue:

STONEY: "*In 2019, Chris came to visit DAL, Dinosaur Adventure Land, with an 11-year-old boy and they were caught in bed together, uh, wrestling around in their underwear.*

BRINKMAN: "*Seriously?*"

STONEY: "*Yeah*"

BRINKMAN: "*Yeah, wow.*"

STONEY: "*And he was; and, and I've talked; I found the kid. I had looked for him for*

*3-years because they were really trying to hide the kid. They didn't want him coming forward."* (Exhibit 22-N3)

91.        Note STONEY told the FBI that XYAIIRE was 12-years old and he had searched for one-year, but STONEY posted on GoFundMe and told BRINKMAN that XYAIIRE was 11-years old and he had searched for 3-years. This clearly demonstrates that STONEY was intentionally deceitful for maximum effect. With two deliberately different stories, STONEY cannot claim he did this in good faith.

92.    STONEY and BRINKMAN discussed JONES' California conviction, but then STONEY further defamed JONES by telling BRINKMAN that he had drugged XYAIIRE in Alabama:

BRINKMAN: *"But that doesn't matter if you found him in bed with an 11-year-old boy."*

STONEY: *"Yeah"*

BRINKMAN: *"Wow"*

STONEY: *"And, and I've talked to XYAIIRE is his name, and the way he describes it, it sounds like he was drugged. Um."*

BRINKMAN: *"Oh no"*

STONEY: *"He said that Chris had a drink and he offered it to XYAIIRE and XYAIIRE took a sip and he said he liked it, and Chris said he could have it and then he didn't even finish the drink before he passed-out."*

BRINKMAN: *"Wow. WOW!"*

93.        JONES said that he and XYAIIRE purchased snacks and multiple 32-oz bottles of various  flavored Power-aid on their way to Alabama. That night, XYAIIRE drank a "*blue one"* and JONES drank a red one. Neither of them finished the large bottles before going to bed, but they finished them the next day and then drank fresh ones.
Note the difference between what XYAIIRE actually said and what STONEY told BRINKMAN that XYAIIRE said:

- XYAIIRE: *"He gave me my own [bottle]. I ain't finish it cuz I end up like [going to sleep]."*

- STONEY: *"He didn't even finish the drink before he passed-out."*

94.        BRINKMAN informed STONEY that JONES was recently shot, which STONEY knew but replied with another subtle reference toward his former plot to murder JONES and HOVIND:

BRINKMAN: *"The other thing you should know then is that he did confide in me that he has been shot at; he was shot, recently."*

STONEY: *"Yeah, yeah, um, I've heard about that."*

BRINKMAN: *"Okay, you know that."*

STONEY: *"Uh, <u>I didn't have anything to do with that.</u>"*

95.　　　　Note how STONEY laughed in the same manner he did when he mentioned turning his  phone off while plotting to murder JONES and HOVIND. STONEY doesn't laugh much, but he seems to get a twisted sense of pleasure when he subtly references his murder plot; evidenced by his immediate laughter after-the-fact.

96.　　　　While on the topic of murder, STONEY told BRINKMAN an unpublished conversation he had with XYAIIRE's family wherein they wanted JONES' address so they could murder him:

STONEY: *"Well it's been a month since I was able to find the kid and his family. And probably a week after that, they were just so mad because <u>XYAIIRE had finally started coming out with the things that had happened between him and Chris,</u> And they were ready to go for blood and I had to talk them down; actually <u>I had my friend [SHANNON] talk the step-father down while I was calling the Sheriff to say 'hey, you better watch out cuz these guys are coming.'</u> And, fortunately, the situation was diffused and, and cooler heads prevailed and nobody did anything stupid"*

97.　　　　Besides the murder allegation, STONEY's above statement was highly slanderous. XYAIIRE told investigators it was a one-time incident and that JONES never touched him again.

　　　[Interviewer: Did anything like that happen any other times, where he tried to touch it?

　　　XYAIIRE: *"Ut-uh"*], but STONEY falsely informed BRINKMAN (and listeners) that *"XYAIIRE had  finally started coming out with the things that had happened between him and Chris."* It was a grossly inflammatory statement that implied JONES had repeatedly engaged in depraved sexual acts with XYAIIRE that resulted in his family wanting JONES to be dead.  This provides another glimpse into STONEY's behind-the-scenes manipulation. The official story is that JONES grabbed XYAIIRE's penis with a paper-towel 5-years prior to STONEY making contact with the family, and that the family had been aware of the incident for 3-years (since November 2019). The family had never contacted the police but after talking  with STONEY, they were not only

ready to contact the police but also ready to kill JONES. STONEY was clearly stirring the pot and triggering this poor family in ways that have yet to be revealed:

LORE: *"There's a lot more to this that you guys don't know. Like, it's not like everything was on a fucking YouTube video."*

98.        It also begs the question, what was STONEY's motive for publicly revealing the family's desire to murder JONES? STONEY took extraordinary precautions to protect himself when he plotted to murder JONES and HOVIND, but then he ratted out XYAIIRE's family. Even LORE found this perplexing. One rational explanation is that STONEY sought to secretly murder JONES without the aid  or knowledge of LORE and SHANNON. STONEY ousted XYAIIRE's step-dad (WILLIAMS) so that he could personally murder JONES but WILLIAMS would go to prison. This would negate the ramifications to his daughter that SHANNON mentioned. STONEY recorded all of these conversations so the audio of WILLIAM's death threat is in STONEY's possession.

99.        It is noteworthy that STONEY knew JONES had been shot and he knew other vigilantes who heard his podcasts would also want JONES dead, and yet within this video STONEY twice posted JONES' home address on-screen and twice verbally stated JONES' home address.  STONEY taunted the public with highly slanderous disinformation about JONES and then made sure anyone who was watching, including XYAIIRE's family, knew exactly where to find him. STONEY was blatantly inciting violence against JONES.

As the interview continued, STONEY regurgitated the false accusation that HOVIND had been complicit with JONES in committing the crime of *Criminal Conspiracy* in Alabama:

STONEY: *"Well, in Alabama, he [HOVIND] would actually, uh, he's actually committed a Class C misdemeanor, Criminal Conspiracy, because Kent is the one that set them up in a empty house just off the property, I guess for plausible deniability, but; and a, you know, they've just been trying to cover that up ever since."*

100.      STONEY again defamed HOVIND with the false criminal accusation he had been *"grooming"* his 6-year-old daughter Mackenzie and *"had been getting [STONEY's] daughter to give him   massages"*:

STONEY: *"Let me ask you your opinion on this because, uh, I would send my daughter with Kent HOVIND's wife and she was … doing home-schooling with my daughter at their house, and Kent would come to the house after he was done doing tours or whatever he was doing out on the property. And he would have someone give him a massage … <u>Well,</u>*

*I came to find out about a year after-the-fact that he had been getting my daughter to give him massages. And these are like shirtless, only in swimming trunks, kind of massages. And ... the way I found out was I had an injury that had been bothering me and I was complaining about being sore and my daughter said, 'I can give you a massage; I'm the best massager in the world.' And I was like 'what do you mean you're the best massager in the world? I've never even talked to you about this kind of stuff.' And she says, 'well Kent HOVIND told me when I would give him back massages.*

BRINKMAN: *"Oh boy"*

STONEY: *"Yeah, I, I, I see that as grooming."*

101.     STONEY intentionally relayed the false impression to BRINKMAN (and listeners) that HOVIND had been alone with STONEY's daughter and that HOVIND solicited her to give him sensual massages. STONEY conveniently left out the fact HOVIND's wife LINCOLN was present and there was another lady giving HOVIND a massage when Mackenzie innocently joined in. In the comment section, STONEY admitted forming / shaping / manipulating the narrative in the course of slandering JONES and HOVIND when he revealed the FEDS have *"been building their own case. this is the court of public opinion."* Unlike the FEDS who are supposed to derive facts, STONEY was defaming JONES and HOVIND in order to win the public's favor and thereby destroy HOVIND's ministry. Also in the comment section, @BonniePC1959 asked STONEY about his illegal wiretap of BRINKMAN and others. STONEY admitted to repeatedly breaking the law but thought it was inconsequential because nobody except the guilty should complaint.

102.     Day #417 – August 16, 2022 – the Aiken County Sheriff Dept deemed the paper-towel incident at Boost Mobile 'unfounded' and closed the case.

103.     STONEY continued to nurture his relationship with XYAIIRE in the hopes of eventually being able to persuade him to say something sinister happened at DAL.

104.     STONEY also befriended XYAIIRE's younger twin-siblings, JOSIYAH and MORIYAH. STONEY filled their young minds with tales of JONES, HOVIND, and HANSEN kidnapping, raping, and murdering kids at DAL.

105.     A few weeks later, JOSIYAH and MORIYAH were ready to make their own allegations against JONES. Instead of telling their mother, STONEY instructed JOSIYAH and MORIYAH to keep their allegations secret. STONEY likewise kept their allegations secret and never informed GRIFFIN that JOSIYAH and MORIYAH disclosed they had been

molested.  Instead, STONEY took JOSIYAH's and MORIYAH's new accusations straight to the FBI.

106.         In September, 2022, STONEY again contacted the FBI. For the second time, STONEY knowingly made false statements to the FBI by informing them that JONES molested JOSIYAH and MORIYAH.  The FBI made arrangements for XYAIIRE, JOSIYAH, and MORIYAH to be interviewed.

107.         Day #448 – September 16, 2022 – XYAIIRE was brought in to be interviewed by a representative of the FBI. Questions entailed allegations in South Carolina and Alabama. First, the interviewer inquired about the paper-towel incident at Boost Mobile:

YXAIIRE: *"I think he kept asking. I kept on telling him 'No' and then he pulled down my pants and just did it with a napkin."*

Interviewer: So, you kept telling him 'No' but he pulled your pants down anyway?
XYAIIRE: *"Uh huh."*

Interviewer: How many times did he ask?
YXAIIRE: *"A few times."*

Interviewer: Then he pulls your underwear down, too. Very next thing he does?
XYAIIRE: *"He gets the napkin and just grabbed it; yeah, he gets like 2 napkins and holds them together and just grabbed it."*

Interviewer: How did he grab it?
XYAIIRE: *"Like, he had laid it down on his hand or something. I don't know how he did it. I wasn't really paying attention."*

Interviewer: Tell me what his hand did when he grabbed it.
XYAIIRE: *"That's it."*

Interviewer: Was his hand moving or staying still?
XYAIIRE: *"It was staying still."*

Interviewer: And so, he's touching it with his hand and what happens next?
XYAIIRE: *"That's it. He just act like everything was normal."*

Interviewer: How did that end?
XYAIIRE: *"Oh, he had pulled back up my pants."*

108.        The paper-towel incident was re-branded as the double-napkin incident. XYAIIRE alleged JONES forcibly pulled down his pants, grabbed his penis with two napkins and held it without moving, and then pulled his pants back up. There was no other attempt in the remaining years he knew JONES.  It is worth noting XYAIIRE gave lengthy answers about conversations with STONEY, lengthy answers about the landlord who he alleges molested him at knife-point, and lengthy answers about having sex with his sister, but when asked about JONES, his answers were always short, succinct, and lacking detail.

109.        Next the interviewer inquired about Alabama. When XYAIIRE was asked about wrestling with JONES in their underwear, YXAIIRE laughed and asked how the interviewer heard about it. The interviewer pressed on with the questioning.

Interviewer: Was anybody in their underwear during the wrestling?
YXAIIRE: *"Ut-uh."*

Interviewer: Where were Chris' clothes when you were wrestling?
YXAIIRE: *"They were on. I don't know what they [STONEY and others] talking about."*

110.        This is XYAIIRE's first comment about the allegation on-the-record. XYAIIRE's laughter when the topic was broached suggests he was aware of the allegation. Of course, XYAIIRE was aware of it; STONEY broached the topic. The problem was that XYAIIRE denied it. STONEY's remedy was to edit out XYAIIRE's denial and not address the incident until XYAIIRE was ready to make the allegation. In the meantime, STONEY perpetually pushed this false narrative to the public and to law enforcement in anticipation of that day.

Then the interviewer inquired about STONEY's allegation that JONES had an erection:

Interviewer: Ever a time where you saw him without clothes?
XYAIIRE: *"Ut-uh."*

Interviewer: Ever a time when you saw down there on Chris?
XYAIIRE: *"Ut-uh."*

Interviewer: Ever a time where you could see it like through his clothes or anything like that?
XYAIIRE: *"Ut-uh."*

111.        XYAIIRE denied ever seeing JONES with an erection. JONES, HANSEN, and XYAIIRE all share the same version of events, and all of them agree JONES did not sleep

in his underwear, JONES and XYAIIRE did not wrestle in their underwear, and JONES did not have an erection.

112.        It is clearly STONEY who had been untruthful. This is indisputable proof that STONEY fabricated this defamatory story simply because his fragile feelings were hurt when JONES was allowed to visit DAL in 2021 over his objection.

Interviewer: How do you feel about Mark STONEY?
XYAIIRE: *"I look at him as a big brother."*

113.        Imagine that: the same man who was pushing for JONES, HOVIND, and HANSEN to be prosecuted is the same man who was working his way into said-victims' family to exude unduly influence over them. It was criminal witness-tampering at its finest.

114.        Day #455 – September 23, 2022 – JOSIYAH and MORIYAH were brought in to be interviewed by a representative of the FBI.

115.        JOSIYAH imitated XYAIIRE in alleging he and JONES were watching television when JONES inappropriately touched him. JOSIYAH said he immediately ran and told his mother, GRIFFIN, who then banned JONES from returning to their house. JOSIYAH stated, *"Chris is our arch-enemy;"* a statement that had STONEY's fingerprints all over it. The problem with JOSIYAH's story was that GRIFFIN would have previously disclosed this to STONEY if it were true.

116.        MORIYAH imitated XYAIIRE in alleging she spent the night in the same bed as JONES at his house in Aiken whereupon she woke up to find JONES touching her. The problem with MORIYAH's story was that she had never spent the night at JONES' house.

117.        After the interview, the investigator notified GRIFFIN of JOSIYAH's and MORIYAH's allegations against JONES. Although GRIFFIN had been persuaded by STONEY that XYAIIRE may have been molested, she immediately knew JOSIYAH and MORIYAH were lying. GRIFFIN informed the investigator of this fact.

118.        This explains why STONEY instructed the children to conceal their allegations from their mother. Had GRIFFIN known beforehand, she would not have allowed JOSIYAH and MORIYAH to lie to the investigator. Whereas now, STONEY had successfully involved the FBI.

119.          With multiple investigations going on, the FBI refused to accept they had
been duped by STONEY and his cohorts. The FBI chose to believe the siblings' accounts
*over their mother.*  In *October, 2022, FBI Agent Farrah RAJABI forwarded the allegations*
to the Aiken Sheriff Dept.  The Aiken Sheriff Dept opened a new case.

### 2023

120.          *Several months passed with no movement in the case, but South Carolina*
was a side-show from STONEY's perspective. If JONES were convicted in South Carolina,
it would not destroy HOVIND's ministry. STONEY needed JONES to be convicted of
molesting XYAIRRE at DAL.

121.          STONEY *again contacted GRIFFIN and persuaded her (and possibly*
XYAIIRE) to change the location of the paper-towel incident back to DAL. STONEY then
sought to bring attention to the matter in a national publication.
STONEY contacted news correspondent Kelly WEILL at the Daily Beast. STONEY enticed
WEILL with his scandalous story of a Creationist preacher who allowed his sex-offender
friend to bring a child to DAL where he proceeded to molest him.

122.          Day #588 – February 3, 2023 – the Daily Beast published an article
entitled: *"Preacher Accused of Enabling Pedophile at Creationist 'Dino' Theme Park"*.
Within the article, XYAIIRE was alleged to have been molested by JONES at the park:

*Among their concerns are repeated visits to DAL by Hovind's sex-offender friend, who*
*allegedly molested a child at the park.*

123.     STONEY relayed this libelous story to WEILL even after hearing XYAIIRE say "*It's*
*not at Dino Land, it's somewhere else..."* and after hearing GRIFFIN say "*He said, 'Oh*
*yeah, it wasn't at Dino Land but it was somewhere else'"*. STONEY cannot
say it was a misunderstanding because he personally told SANDRA *"It may not have*
*happened at Dinosaur Adventure Land or at that house, but that was just a step in the*
*grooming process"*.

124.          In deceiving WEILL, STONEY seemingly shared only a portion of his
interview with GRIFFIN  wherein she alleged the paper-towel incident occurred at DAL,
but he withheld the portion wherein she and XYAIIRE changed the location to the back
room of a Boost Mobile store:

*In a Facebook Messenger call that Stoney shared to YouTube in June, the boy's mother*
*claimed that Jones touched her son's genitals through a paper towel during the DAL trip.*

*125.*       Before publication, WEILL wrote that she reached out to GRIFFIN for comment and GRIFFIN affirmed the paper-towel incident occurred at DAL. GRIFFIN *seems to have been on-board with STONEY's fictitious molestation at DAL story.* GRIFFIN creatively added that XYAIIRE looked pale and scared when he revealed it to her five-days after he returned home.  Note there is no mention of Boost Mobile or the pending charge in South Carolina within the article. STONEY and GRIFFIN apparently thought the case in South Carolina was going nowhere and so they pretended it didn't exist.

126.       Day #592 – February 9, 2023 – JONES met with Detective CASO of the Aiken County Sheriff Dept in reference to XYAIIRE and Boost Mobile. JONES explained the whole internet vigilante thing behind-the-scenes. JONES told CASO that she needed to watch all of STONEY's videos in order to grasp the bigger picture. CASO replied, *"I don't have time for that."*

127.       Day #642 – March 29, 2023 – Detective CASO arrested JONES and charged him with one count of Criminal Sexual Conduct with a Minor, 3ʳᵈ degree (Section 16-3-655) for allegedly touching XYAIIRE's penis with a paper-towel/double-napkin at Boost Mobile.  JONES faced 10-years in prison if convicted.  Bond was set at $15,000. JONES posted bond but the deputy made JONES spend the night in jail before he processed the paperwork.

128.       As a condition of bond, JONES was forbidden from leaving South Carolina and was strapped with an ankle-monitor. JONES was required to pay $60 per week for the monitoring service.  As a result of travel restrictions, JONES was unable to continue earning money by donating plasma twice a week in Augusta GA ($500/month), unable to attend weekly Bible study in Augusta GA, unable to take a planned trip to Israel in May of 2023, unable to attend holidays in Texas or California, unable to attend family functions in Charlotte NC, and unable to attend the funeral of a friend in April of 2024.

129.       Day #646 – April 2, 2023 – JONES' arrest and mug-shot were printed in the Aiken Standard. The article caused JONES tremendous shame and embarrassment. The article is still online to this day for potential employers and everyone to find.

130.       STONEY and others posted celebratory videos about JONES' arrest.

131.       Day #661 – April 17, 2023 – the Daily Beast published a follow-up article entitled, *"Creationist Theme Park Pal Charged with Child Sex Abuse—Again"* by Kelly WEILL. The mug-shot of JONES was published on a national level.  This article again contained the libelous claim that JONES sexually abused the boy at DAL:

*"...Dinosaur Adventure Land, a creationist theme park where Jones is friends with head preacher Kent Hovind, and where Jones has been accused of sexually abusing a boy."*

132.        WEILL again reached out to GRIFFIN for comment and she confirmed the arrest was related to her son, but GRIFFIN did not reveal it was for an identical incident at a different location:

*"Reached for comment, the boy's mother told The Daily Beast that Jones' arrest in South Carolina last month was related to her son. The arrest warrant does not appear to relate directly to DAL (which is located in Alabama), but to an incident approximately two years before the DAL visit, when the boy was nine."*

133.        In April of 2023, STONEY called HOVIND and feigned a private conversation between the two of them, but STONEY went on to post the audio to his YouTube channel under the title *"An Overdo Conversation with Kent Hovind";* another illegal wiretap from Washington state.
(The link to this video was lost when STONEY deleted all of his incriminating videos, but a screenshot of the comment section was taken before the video was scrubbed).

134.        In response to a question about JONES' arrest <u>not</u> being related to DAL, STONEY cryptically wrote: *"I'm on him. Don't worry. This is far from over."* It is unclear whether STONEY was referring to JONES or HOVIND, but either way STONEY was clear in relaying his intention to continue tampering with a criminal case behind-the-scene.

135.        Numerous other YouTube channels wrongly published videos about JONES being arrested for molesting a child at DAL. These channels ran with STONEY's slander and unwittingly served as an extension of STONEY's smear campaign. (Numerous videos are still online and continue to slander JONES and HOVIND to this day).

136.        In May of 2023, Elders at the church where HANSEN attended in Galveston, Texas, were made aware of STONEY's online accusations about JONES. HANSEN was excommunicated from the church merely for his association with JONES.

137.        Day #871 – November 13, 2023 – JONES received a letter from the DOJ in response to a FOIA request informing him that the FBI had located 514 pages and 16 CDs of audio in his file, all of which had been added since January 2021. All of this defamatory disinformation was instigated by STONEY and will plague JONES' federal file for the rest of his life.

138.        Day #898 – December 10, 2023 – a video entitled *"Kent Hovind and Cindi Lincoln Molested a 6-Year Old Girl"* was posted by Theo at the Lies of the Devil YouTube channel. The video consisted of commentary on one of STONEY's deleted videos wherein STONEY claimed HOVIND had *"been getting my daughter to give him massages."* STONEY's daughter was in the care of HOVIND's wife LINCOLN, so she was implicated by default. Even though LINCOLN and STONEY were allies, LINCOLN wrote a scathing rebuke about STONEY's daughter giving HOVIND massages as well as HOVIND received massages in his underwear. The truth of the matter is that STONEY's daughter Mackenzie (Mazy) was not alone with HOVIND but other women were in the process of massaging HOVIND when *"Mazy simply wanted to 'join' the other girls: Julie, Yuliya and Joanna…"* LINCOLN further wrote that she *"was right there, 10' away in the kitchen, listening to them all talking 'girl stuff,' while a disinterested kent hovind slept or worked on his phone."* LINCOLN also wrote: *"NO ONE was in their underwear. That's a complete lie. Kent always wore his red swim trunks."*

139.        LINCOLN continued: *"There was one other incident that I am aware of where I was making Mazy's lunch in the kitchen 10' away, and she did some short massage on Kent's feet or hands. Kent was half asleep; and there was again NOTHING sexual whatsoever, or I certainly would NOT remain silent…"*

140.        Thereafter, STONEY replied to THEO with a comment of his own wherein he defended LINCOLN and admitted his daughter had never been alone with HOVIND nor had she given him a massage. STONEY did not accept responsibility for his slanderous allegations which he spewed to BRINKMAN and others, but rather he deflected blame to a lady named Johanna:

*"Crucially, it's important to understand that my daughter, Mackenzie, has never indicated any suggestion or confession related to the allegations made by Johanna. This information comes not only from my conversations with her but also from the team of therapists who worked with her over a six-month period. They confirmed that nothing beyond uncomfortable situations occurred during the times Mackenzie was present during the massages, which involved other women, including Julie, Yulia, and Cindi. Importantly, there was never a situation where Mackenzie, Johanna, and Kent were alone, or with only one other person when these alleged incidents supposedly took place."*

141.        STONEY continued to make disparaging comments through December 10, 2023. Every criminal accusation STONEY alleged at DAL has been proven false.

1) HOVIND did not receive massages in his underwear
2) HOVIND was not alone with Mackenzie
3) HOVIND did not entice Mackenzie to give him massages
4) HOVIND and JONES did not conspire to break the law when JONES visited DAL
5) JONES did not break the law when he slept under the same roof with XYAIIRE
6) JONES did not sleep with XYAIIRE in his underwear
7) JONES and XYAIIRE did not wrestle together in their underwear
8) JONES did not have an erection
9) HANSEN did not lie to cover-up crimes in Alabama

### 2024

142.        Numerous families who visited DAL informed HOVIND about employees at Bobby's Marathon Gas in Castleberry, Alabama, sharing STONEY's slanderous rumors about DAL with their patrons.

143.        Day #1095 – June, 24, 2024 – In response to the gossip, HOVIND reached out to the owner, Bobby Ray Edgar, via letter in an attempt to stop the vile rumors.

HOVIND letter reads in part, *"several of your employees freely slander our ministry to total strangers and say things like, 'Oh! You don't want to go there! That's a bad place! I've heard bad things about that place…'"* HOVIND continues. *"Since you've had many employees over the years, I'm sure you understand that occasionally a few employees get disgruntled over something and leave your employ and spread bad things about you or your business, Over the last 8-years a few have left (or been made to leave for various reasons) and now they seem determined to ruin our reputation by spreading crazy lies about us."* HOVIND requests that the owner *"require that they stop making any disparaging remarks about us while being paid by you."*

144.        Day #1112 – July 11, 2024 – JONES was charged with a second count of Criminal Sexual Conduct with a Minor (Section 16-3-655). The charge pertained to XYAIIRE's sister, MORIYAH; even though GRIFFIN told authorities MORIYAH was being untruthful. The charges were not conjoined and so it would require a second trial. If convicted on both counts, JONES faced life in prison.

145.        Day #1124 – July 23, 2024, JONES' trial related to XYAIIRE commenced in Aiken, South Carolina. HOVIND and his wife, SANDRA, attended the first day. HOVIND *sat behind the defense while SANDRA sat behind the prosecution.* An FBI agent took the witness-stand and testified against JONES. XYAIIRE took the witness-stand and impeached himself. GRIFFIN took the witness-stand and testified favorably for JONES. JONES was taken into custody and spent the night in jail before returning to the courthouse the next morning.

146.        Day #1125 – July 24, 2024 – A jury of twelve unanimously found JONES to be NOT GUILTY. The second trial pertaining to MORIYAH still loomed over JONES' head for the next year.

### 2025

147.        Day #1516 – On August 19, 2025 – the Solicitor dropped the second case against JONES. All of the criminal investigations and legal proceedings are over. All of the investigations have ended. Neither JONES nor HOVIND nor HANSEN will be going to prison. But 4-years after STONEY started his vengeful cyber-attack, the consequences of his actions leave a trail of tarnished reputations, financial loss, broken relationships, fear of vigilante justice, and mental anguish in its wake.

### CAUSE OF ACTION COUNT ONE: DEFAMATION

148.        Plaintiffs repeat and re-allege all preceding paragraphs as if fully set forth herein.

149.        Defendant Stoney, directly, indirectly and through the use of various mediums, designed, disseminated and encouraged the false and defamatory statements detailed herein. The false information contained knowing misstatements of facts which were deceptively juxtaposed with actual malice to cause harm to the Plaintiffs.

150.        Defendant Stoney, with actual malice and with knowledge that his statements were false, controlled the defamatory attacks and deceptively juxtaposed and misstated the facts as to intentionally destroy the reputations of the Plaintiffs and to deter people from visiting DAL.

151.        Defendant Stoney personally engaged in defamation an all types of media to include youtube, social media and various media outlets.

152.        Because Defendant Stoney's accusations of sexual misconduct against Plaintiffs are actionable per se, damages are presumed.

153.        As a proximate result of the intentional and reckless acts of the Defendant in defaming the Plaintiffs, the Plaintiffs have suffered disgrace, shame, *ridicule and contempt. Their personal and professional reputations were damaged and* they suffered economic loss.

CAUSE OF ACTION COUNT 2:  DEFAMATION BY IMPLICATION

154.        Plaintiffs repeat and re-allege all preceding paragraphs as if fully set forth herein.

155.        Defendant Stoney funded, published, facilitated and directed the publication of false and defamatory statements about the Plaintiffs in the statements described herein, with intentional or reckless disregard as to their veracity.  Defendant Stoney knew, or should have known, that his statements were false, as the facts directly refuted his statements.  Defendant Stoney intended to create a false implication and defamatory implication by deceptively juxtaposing various quotes.

156.        Defendant Stoney had direct knowledge of the wrongfulness of his actions because information was available to him to contradict his statements.

157.        As a proximate result of his intentional and reckless acts in defaming the Plaintiffs, Defendant Stoney is liable in damages.

CAUSE OF ACTION COUNT 3:  INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

158.        Plaintiffs repeat and re-allege all preceding paragraphs as if fully set forth herein.

159.        Defendant Stoney intentionally produced, funded and disseminated false and defamatory information to cause damage to the reputation and character of the Plaintiffs.  Those acts were done with the intent of causing extreme emotional distress *and were a proximate cause of the damage suffered by the Plaintiffs. Defendant* Stoney's actions, which caused mental anguish and sever psychological and emotional distress to the Plaintiffs, were outrageous and utterly intolerable in a civilized society.

160.        As a result of Defendant Stoney's actions, the Plaintiffs suffered the following:

- DAL suffers from an irreversible tarnished reputation as a result of being deemed a pedophile-ring and a cult
- DAL loss of donations
- DAL reduction in visitors
- DAL needed to acquire full-time security from STONEY and potential vigilantes
- Hovind suffers from an irreversible tarnished reputation
- Hovind is an outcast in his own community

- Hovind fears reprisal from vigilantes who believe the rumors in the same manner as the Pizza-Gate shooting
- Hovind suffered strife within his marriage, some of which is caused by STONEY communicating with his wife and persuading her that JONES molested ZAIRE; a position she still believes in spite of JONES' Not Guilty verdict
- Jones spent four (4) days in jail because of the STONEY instigated false charges
- Jones forced to endure the embarrassment and emotional duress of trial, and he faced a 10-year prison sentence if found Guilty
- Jones' suffered strife with family and loss of friends due to STONEY's allegations
- Jones suffers financial distress resulting from court costs as well as GPS monitoring
- Jones was unable to leave the state of South Carolina 16-months due to being on bond. Jones was unable to go on a planned trip to Israel in May 2023, unable to earn money donating plasma in Augusta, Georgia, unable to attend family functions in North Carolina, unable to attend holidays in California and Texas, and unable to go to a friend's funeral in Augusta, Georgia, in April 2024.
- Jones' FBI file contains 514-pages of libel added by STONEY
- Jomes' ongoing efforts to overturn his California conviction was delayed
- Jones still feels terrorized after being shot and getting death threats
- Jones worries STONEY may suffer another mental break-down and come kill him
- Hansen suffers from an irreversible tarnished reputation
- Hansen lost a good friend / female relationship because of the gossip
- Hansen was excommunicated from his church in Texas after the Elders became aware of STONEY's videos
- Hansen is too humiliated to attend his High School reunion if someone saw the videos
- Hansen fears an unhinged STONEY may randomly show up one day and kill him
- There remain dozens of videos on YouTube from others who believed STONEY and so created videos of their own which will continue to slander HOVIND, JONES, and HANSEN into the future.

<u>RELIEF REQUESTED</u>

161.        Plaintiffs demand judgment against the Defendant for compensatory damages in excess of $75,000 arising from damages to their reputations and from pain and suffering in the form of mental anguish, emotional distress and loss of income attributable to Defendant Stoney's actions.  The Plaintiff's request interest from the date of injury plus the costs of this action and such other, further and different relief as the Court may deem just and proper.

PLAINTIFFS REQUEST A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

SUBMITTED ON THIS THE 10TH DAY OF DECEMBER, 2025.