

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
155 ST. JOSEPH STREET
MOBILE, AL 36602

CHRISTOPHER EKMAN
CLERK

(251) 690-2371

12/11/2025

**Re:    Last Page of Your Complaint re: 25-cv-509-TFM-MU**

Mr. Kent E. Hovind:

It appears that in the shuffle of receiving your payment for your lawsuit, and parsing between your stamped copy and the court's copy of the complaint you may have ended up with the last page of the complaint which contained your signature and addresses of all plaintiffs.

If you could please check that you have this page and mail it in to our court, or drop it off at the intake counter, we will add it to your present complaint.

Sincerely,

*Joel Rogers*

Joel Rogers
DEPUTY CLERK