# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **KENT E. HOVIND,** *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 25-509-TFM-MU** |
| | ) | |
| **MARK STONEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## CLERK'S ENTRY OF DEFAULT

Pursuant to Rule 55(a), FRCP, DEFAULT is hereby entered by the Clerk against the

Defendant, **MARK STONEY,** for failure to plead or otherwise defend.

Done this the 30th day of March, 2026.



CHRISTOPHER EKMAN, CLERK


By:         s/Fatemeh Zakermosala
                Deputy Clerk