IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KENT E. HOVIND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARK STONEY, *et al.*,<br><br>Defendants. | ) | CIV. ACT. NO. 1:25-cv-509-TFM-MU |
| KENT E. HOVIND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CINDI LINCOLN *et al.*,<br><br>Defendants. | ) | CIV. ACT. NO. 1:26-cv-325-KD-B |
| KENT E. HOVIND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ADAM LORE, *et al.*,<br><br>Defendants. | ) | CIV. ACT. NO. 1:26-cv-326-JB-N |

**ORDER**

Pending before the Court is a letter from Plaintiff Hovind that states "we believe it would be wise to combine these three cases" which was docketed as a motion to consolidate. *See* Doc. 25.[1] On August 31, 2026, in the two latter cases, the three plaintiffs filed a motion for the

[1] Unless indicated otherwise, any citation references the lead case, Civ. Act. No. 1:25-cv-509-TFM.

reassignment of the cases to the undersigned. *See* Doc. 5 in Civ. Act. No. 1:26-cv-325; Doc. 4 in Civ. Act. No. 1:26-cv-326.

Having reviewed the cases, the undersigned agrees that the implications of "related cases" as discussed in S.D. Ala. CivLR 3(c). Therefore, the Clerk of Court is **DIRECTED** to reassign the second and third filed case to the undersigned and United States Magistrate Judge P. Bradley Murray. This provides for judicial economy in the review of related actions. However, the Court declines at this time to formally consolidate the cases as it is premature to make sure a determination when we do not yet have service in the latter cases and the first case is in a different posture. Therefore, the motions to consolidate are **DENIED** in all three cases.

**DONE** and **ORDERED** this 1st day of September, 2026.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE